**No. 10-10166. Basil W. Akbar, Petitioner v. Anthony J. Padula, Warden.**

564 U.S. 1060, 132 S. Ct. 62, 180 L. Ed. 2d 930, 2011 U.S. LEXIS 5086.

August 15, 2011. Petition for rehearing denied.

Former decision, 564 U.S. 1009, 131 S. Ct. 3001, 180 L. Ed. 2d 830, 2011 U.S. LEXIS 4400.